Commonwealth *v.* Williams, Appellant.

Submitted April 8, 1974. *Russell J. Heiple*, Public Defender, for appellant; *James A. Nelson* and *Ralph F. Kraft*, Assistant District Attorneys, and *Caram J. Abood*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Williams, Appellant.

Submitted March 18, 1974. *David E. Auerbach*, Assistant Public Defender, for appellant; *Vram Nedurian, Jr.*, and *Ralph B. D'Iorio*, Assistant District Attorneys, and *Stephen J. McEwen, Jr.*, District Attorney, for Commonwealth, appellee.

Appeal quashed.

Commonwealth *v.* Wills, Appellant.

Submitted March 28, 1974. *Richard A. Behrens, Clyde O. Black, III*, and *Patterson, Evey, Routch & Black*, for appellant; *John Woodcock, Jr.*, Assistant District Attorney, and *Amos Davis*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.